

ORDERED in the Southern District of Florida on March 7, 2018.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   ANDREA COPELAND                                    Case No. 17-16090-LMI

                                                            Chapter 13

_____Debtors._____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 7 OF DEUTSCHE BANK NATIONAL TRUST COMPANY

THIS CASE came on to be heard on March 6, 2018 at 9:00 a.m. on upon the Debtor's Objection to Claim #7 of Deutsche Bank National Trust Company [D.E. 89] and based upon the record, it is:

**ORDERED** AS FOLLOWS:

1. The Debtor's Objection to Claim No. 7 is **SUSTAINED**.
2. Claim No. 7 is **ALLOWED WITH NO DISTRIBUTION** from the Chapter 13 Plan.

###

**Submitted by:**
Timothy S. Kingcade, Esq.
1370 Coral Way
Miami, FL 33145

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-25 (rev. 12/01/15)