**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

ANDREA COPELAND**,**    Case Number 17-16090-BKC-LMI
SSN XXX.XX.7299    Chapter 13

    Debtor.
_____/

## DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE UNDER PROPOSED MODIFIED CHAPTER 13 PLAN

Debtor, ANDREA COPELAND, by and through undersigned counsel, files this *Motion to Reinstate Chapter 13 Case under Proposed Modified Chapter 13 Plan,* and avers:

1. The Debtor filed this Chapter 13 Bankruptcy case on May 15, 2017.

2. An Order Confirming the Fourth Amended Plan was entered on May 11, 2018 [E.C.F. 123].

3. The Debtor's confirmed plan provides for payments to the Town Park Plaza North, the homeowner's association for the Debtor's homestead property.

4. The case was dismissed on November 31, 2018 due to Debtor's failure to come current with the plan payments.

5. The Debtor wishes to continue with the Chapter 13 case.

6. A proposed modified plan is being filed to bring the Debtor current.

**WHEREFORE**, the Debtor respectfully requests that this court reinstate the Chapter 13 case, approve the third modified plan and for any other relief deemed just and proper in the circumstances.

Page 2.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via Regular U.S. Mail to all parties on the attached service list and via CM/ECF to all parties listed below, this 17th day of December 2018.

- Nancy K. Neidich, Chapter 13 Trustee.
- Office of the US Trustee
- United States of America c/o Marlene A. Fernandez-Karavetos
- Deutsche Bank National Trust Company c/o April Harriott and Keith S. Labell

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade, Esq.
x  Timothy S. Kingcade, Esq., FBN 082309
☐  Jessica L. McMaken, Esq., FBN 580163

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 17-16090-LMI<br>Southern District of Florida<br>Miami<br>Mon Dec 17 14:30:17 EST 2018 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>c/o Keith Labell<br>6409 Congress Ave.<br>Suite 100<br>Boca Raton, FL 33487-2853 | Town Park Plaza North Condominium Associatio<br>c/o Charles F. Otto, Esq.<br>2699 Stirling Road<br>Suite C-207<br>Fort Lauderdale, FL 33312-6541 |
| Afni, Inc.<br>PO Box 3517<br>Bloomington, IL 61702-3517 | Aldridge Pite, LLp<br>1615 S Congress Ave<br>#200<br>Delray Beach, FL 33445-6326 | Brad K Cohen, MD<br>c/o Law Office of Maida Delgado, PA<br>PO Box 823835<br>Pembroke Pines, FL 33082-3835 |
| Checksystems<br>7805 Hudson Rd<br>Saint Paul, MN 55125-1703 | Child Support Enforcemment<br>PO Box 8030<br>Tallahassee, FL 32314-8030 | Convergent<br>P.O. Box 9004<br>Renton, WA 98057-9004 |
| Credit Management, LP<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | Credit Management, LP<br>The Offices of Credit Management, LP<br>Po Box 118288<br>Carrolton, TX 75011-8288 | Credit Protection Association<br>POB 865005<br>Orlando 32886-5005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRU<br>Attn: Cashiering Department<br>1661 Worthington Road, Ste 100<br>West Palm Beach, FL 33409-6493 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Deutsche Bank National Trust<br>1761 E Saint Andrew Place<br>Santa Ana, CA 92705-4934 |
| Deutsche Bank National Trust Company, as Tru<br>NovaStar Mortgage Funding Trust, Series<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | ERC/Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Enhanced Recovery Corp<br>Attn:Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Equifax<br>Po Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>Po Box 2002<br>Allen, TX 75013-2002 |
| Fed Loan Sevicing<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | Fed Loan Sevicing<br>Po Box 69184<br>Harrisburg, PA 17106-9184 | First Federal Credit & Collections<br>24700 Chagrin Blvd<br>Suite 205<br>Cleveland, OH 44122-5662 |
| First Federal Credit & Collections<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122-5662 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0100 |
| Fst Premier<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 | Fst Premier<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4824 | IC Systems, Inc<br>444 Highway 96 East<br>St Paul, MN 55127-2557 |

| | | |
|---|---|---|
| IC Systems, Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | IRS Centralized Bankruptcy Department<br>POB 7346<br>Philadelphia, PA 19101-7346 | (p)JC CHRISTENSEN & ASSOC<br>PO BOX 519<br>SAUK RAPIDS MN 56379-0519 |
| Jeffersoin Capital Systems, LLC<br>16 McLelan Road<br>Saint Cloud, MN 56303-2198 | LGBS, LLP<br>POB 702118<br>San Antonio, TX 78270-2118 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Miami-Dade Expressway Authority<br>PO BOX 22826<br>HIALEAH, FL 33002-2826 | Ocean Harbor Casualty Insurance<br>C/O Executive Harbor Casualty Insurance<br>PO Box 961270<br>Miami, FL 33296-1270 | Ocean Harbor Casualty Insurance Co. c/o ESSI<br>P.O. BOX 961270<br>Miami, FL 33296-1270 |
| Octavio Luis Martinez, Esq.<br>PO Box 961270<br>Miami, FL 33296-1270 | Ocwen Loan Servicing, Llc<br>1661 Worthington Rd<br>West Palm Beach, FL 33409-6493 | Ocwen Loan Servicing, Llc<br>Attn: Research/Bankruptcy<br>1661 Worthington Rd Ste 100<br>West Palm Bch, FL 33409-6493 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | RJM Acq, LLc<br>575 Underhill Blvd, # 224<br>Syosset, NY 11791-3416 | Radiology of MSMC, LLC<br>POB 11550<br>Miami, FL 33101-1550 |
| Saxon Mortgage Service<br>Po Box 161489<br>Fort Worth, TX 76161-1489 | Stellar Recovery, Inc.<br>1327 Highway 2 W, Ste 100<br>Kalispell, MT 59901-3413 | Sterling Emergency Services of Mia<br>4300 Alton Rd<br>Miami Beach, FL 33140-2948 |
| Town Park Plaza North<br>Condominium Association, Inc.<br>c/o Straley & Otto, PA<br>2699 Stirling Rd, Ste C-207<br>Fort Lauderdale, FL 33312-6541 | Transunion<br>Po Box 1000<br>Chester, PA 19016-1000 | U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA  17106-9184 |
| Andrea Copeland<br>1940 NW 4th Ct., Unit 15<br>Miami, FL 33136-1251 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of the Treasury<br>Po Box  21126<br>Philadelphia, PA 19114 | Direct TV<br>PO Box 78626<br>Mariposa<br>Phoenix, AZ 85062 | J.C. Christensen and Associates, Inc.<br>P.O. Box 519<br>Sauk Rapids, MN 56379 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)United States of America, (I.R.S.) | (u)Miami | End of Label Matrix |
| | | Mailable recipients   53 |
| | | Bypassed recipients    2 |
| | | Total                 55 |